IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BLASINGIM *et al.*,

    Plaintiffs,

vs.                    No.   3:14-cv-1151-DRH-PMF

RENEE AVERIT *et al.*,

    Defendants.

### ORDER

**HERNDON, District Judge:**

    This matter is before the Court on its own motion. This matter was filed in the Western District of Kentucky on September 22, 2014 and transferred to this Court on October 23, 2014. The plaintiffs assert a landlord tenant claim against defendants. All parties are citizens of Illinois.

    Federal Rule of Civil Procedure 12(h)(3) provides that "[i]f the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed.R.Civ.P. 12(h)(3). "Subject-matter jurisdiction is so central to the district court's power to issue any orders whatsoever that it may be inquired into at any time, with or without a motion, by any party or by the court itself." *Craig v. Ontario Corp.*, 543 F.3d 872, 875 (7th Cir. 2008). It's obvious from the face of the complaint that complete diversity of citizenship is not present here. It is also evident that federal-question jurisdiction does not exist.

Accordingly, the matter is dismissed without prejudice and all pending motions are denied as moot.

**IT IS SO ORDERED.**
Signed this 19th day of December, 2014.

Digitally signed by
David R. Herndon
Date: 2014.12.19
11:22:27 -06'00'

**District Judge**
**United States District Court**